# Supreme Court of Texas

No. 25-0288

Brian Keith Umphress,

*Appellant*,

v.

Gary L. Steel, in his official capacity as chair of the State
Commission on Judicial Conduct, et al.,

*Appellees*

On Certified Question from the United States
Court of Appeals for the Fifth Circuit

**PER CURIAM**

The Fifth Circuit certified the following question: "Does Canon 4A(1) of the Texas Code of Judicial Conduct [concerning a judge's extra-judicial activities] prohibit judges from publicly refusing, for moral or religious reasons, to perform same-sex weddings while continuing to perform opposite-sex weddings?" *Umphress v. Hall*, 133 F.4th 455, 471 (5th Cir. 2025). *See* TEX. CONST. art. V, § 3-c; TEX. R. APP. P. 58.1.

We solicited briefing from the parties, and several helpful amici submitted briefs as well. In an order issued on October 24, 2025, we adopted a comment to Canon 4, which clarifies that "[i]t is not a violation

of these canons for a judge to publicly refrain from performing a wedding ceremony based upon a sincerely held religious belief." Ord. Adopting Comment to Canon 4 of the Tex. Code of Jud. Conduct, Misc. Docket No. 25-9082 (Tex. Oct. 24, 2025). Accordingly, the answer to the certified question is no.

**OPINION DELIVERED:** January 9, 2025